# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JAMES R. PEDERSEN, JR. & KAREN D. PEDERSEN          Case Number: 07-70052
        9768 DALTON DRIVE                    SSN-xxx-xx-2563 & xxx-xx-2003
        HUNTLEY, IL  60142

                                                    Case filed on:    1/10/2007
                                                    Plan Confirmed on:  4/6/2007

                              D Dismissed

Total funds received and disbursed pursuant to the plan: $1,914.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 1,470.89 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 1,470.89 | 0.00 |
| 005 | PRIMARY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ALLIED BUSINESS ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | TSYS TOTAL DEBT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JAMES R. PEDERSEN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES R. PEDERSEN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GMAC | 1,236.18 | 1,236.18 | 308.37 | 21.63 |
| 002 | US BANK NA | 204,426.88 | 0.00 | 0.00 | 0.00 |
| 003 | US BANK NA | 38,951.43 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 244,614.49 | 1,236.18 | 308.37 | 21.63 |
| 004 | ASSOCIATES IN EAR NOSE & THROAT | 231.55 | 231.55 | 0.00 | 0.00 |
| 006 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CB USA SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CIRCUIT CITY / CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH SYSTEM | 486.35 | 486.35 | 0.00 | 0.00 |
| 015 | ASSET ACCEPTANCE LLC | 286.02 | 286.02 | 0.00 | 0.00 |
| 016 | ASSET ACCEPTANCE LLC | 293.29 | 293.29 | 0.00 | 0.00 |
|  | Total Unsecured | 1,297.21 | 1,297.21 | 0.00 | 0.00 |
|  | Grand Total: | 249,185.70 | 5,807.39 | 1,779.26 | 21.63 |

Total Paid Claimant:    $1,800.89
Trustee Allowance:      $113.11           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00            discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/01/2007          By  /s/Heather M. Fagan